```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF PENNSYLVANIA

LESLIE PAUL HOWARTH,            :
          Plaintiff             :
     v.                         : Civil Action No. 05-17J
LAZER & BENDER, DMD, P.C.,      :
          Defendant             :
```

JUDGMENT ORDER

AND NOW, this 21st day of November, 2005, IT IS HEREBY ORDERED that judgment is entered in favor of defendant, Wal-Mart Stores, Inc., and against plaintiff, Leslie Paul Howarth.

BY THE COURT:

s/Gary L. Lancaster
GARY L. LANCASTER,
UNITED STATES DISTRICT JUDGE

cc: Leslie Paul Howarth, Ph.D.
    211 Bentwood Avenue
    Johnstown, PA 15904-1333

    Eric D. Hochfeld, Esquire
    430 Main Street
    Johnstown, PA 15901